IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

vs.

    Case No. 18-cr-30104-DRH

**DEANTHONY TILLMAN,**

    **Defendant.**

## ORDER

**HERNDON, District Judge:**

    Now before the Court is defendant Deanthony Tillman's motion to continue trial setting of September 11, 2018 (Doc. 20). Counsel for defendant Tillman states that he needs additional time. The government does not object to a continuance. Being fully advised in the premises and for the reasons stated in the motion, the Court finds counsel and defendant require additional time. The Court also finds that to deny a continuance of the matter would result in a miscarriage of justice. Further, the Court finds that pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial.

    Therefore, the Court **GRANTS** defendant's September 4, 2018, motion to continue trial setting of September 11, 2018 (Doc. 20). The Court **CONTINUES** the jury trial scheduled for September 11, 2018, to **Monday, November 13,**

**2018, at 9:00 a.m.** The time from the date the original motion was filed, September 4, 2018, until the date to which the trial is rescheduled, **November 13, 2018**, is excludable time for the purposes of speedy trial. Finally, should any party believe that a witness will be required to travel on the Justice Prisoner and Alien Transportation System (JPATS) in order to testify at the trial of this case, a writ should be requested at least two months in advance.

**IT IS SO ORDERED.**

Judge Herndon
2018.09.05
14:50:42 -05'00'

**United States District Judge**